UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERMAN BRONSINK, et al.,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br><br>　　　　　Defendant(s). | NO. C09-751MJP<br><br>ORDER ON MOTION TO AUTHORIZE REBUTTAL EXPERT |

The above-entitled Court, having received and reviewed

1. Defendant's Motion to Authorize Rebuttal Expert (Dkt. No. 28)

2. Plaintiff's Response to Defendant's Motion to Authorize Rebuttal Expert (Dkt. No. 47)

3. Defendant's Reply in Support of Motion to Authorize Rebuttal Expert (Dkt. No. 49)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is GRANTED.

The Court authorizes Defendant Depositors Insurance Company to call as a witness claims handling expert Linda Bowen to rebut the opinions and testimony of Plaintiffs' claims handling expert. Ms. Bowen's report must be filed and served upon all parties by February 1, 2010.

The clerk is ordered to provide copies of this order to all counsel.

Dated: January 26, 2010

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Marsha J. Pechman
　　　　　　　　　　　　　　　　　U.S. District Judge

**ORDER ON MOTION - 1**