UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHERMAN BRONSINK and DAGMAR FRIESS,<br><br>Plaintiff(s),<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,<br><br>Defendant(s). | NO. C09-75MJP<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

The Court, having received and reviewed the Stipulation and Order Amending Order Setting Trial Date (Dkt. No. 70), makes the following findings:

1. The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision and/or
2. The motion provides no suitable explanation as to why the existing case schedule deadlines were not met.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is directed to send copies of this order to all counsel of record.

Dated: February 12, 2010

Marsha J. Pechman
U.S. District Judge

ORD ON MTN TO REVISE- 1