UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRONSINK, et al.,

           Plaintiff(s),

    v.

ALLIED PROPERTY and CASUALTY
INSURANCE COMPANY,

           Defendant(s).

NO. C09-751MJP

ORDER ON MOTION FOR
PROTECTIVE ORDER

The above-entitled Court, having received and reviewed

1.      Plaintiffs' Motion for Protective Order Barring Deposition of Plaintiff Friess'
Daughters (Dkt. No. 33);

2.      Defendant's Brief in Opposition to Plaintiffs' Motion for Protective Order Barring
Deposition of Plaintiff Friess' Daughters (Dkt. No. 50); and

3.      Plaintiffs' Reply in Support of Plaintiffs' Motion for Protective Order Barring
Deposition of Plaintiff Friess' Daughters (Dkt. No. 56)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is DENIED; the depositions of Plaintiff Friess' daughters
are relevant to the claims and defenses of this matter and will be permitted to proceed.

The clerk is ordered to provide copies of this order to all counsel.

Dated: February 17, 2010

Marsha J. Pechman
U.S. District Judge

ORDER ON MTN FOR
PROTECTIVE ORDER - 1