UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHERMAN BRONSINK and DAGMAR FRIESS,

            Plaintiff(s),

   v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,

            Defendant(s).

NO. C09-751MJP

ORDER ON MOTION TO FILE SUPPLEMENTAL AUTHORITIES

The above-entitled Court, having received and reviewed

1.    Plaintiffs' Motion to File Supplemental Authorities in Response to Defendant's Motion for Summary Judgment and Supplemental Authorities (Dkt. No. 124)

2.    Defendant's Opposition to Plaintiffs' Motion to File Supplemental Authorities (Dkt. No. 125)

3.    Plaintiffs' Reply re: Motion to File Supplemental Authorities (Dkt. No. 126)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motion is GRANTED and Plaintiffs may file their supplemental authorities in response to Defendant's Motion for Summary Judgment.

The clerk is ordered to provide copies of this order to all counsel.

Dated: May 17, 2010

_____
Marsha J. Pechman
U.S. District Judge

**ORDER ON REQUEST TO FILE SUPPLEMENTAL AUTHORITIES - 1**