UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRONSINK and FRIESS,

        Plaintiff(s),

  v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, et al.,

        Defendant(s).

NO. C09-751MJP

ORDER ON MOTIONS FOR SUPPLEMENTAL BRIEFING

The above-entitled Court, having received and reviewed

1. Plaintiffs' Motion to File Supplemental Argument in Response to Defendant's Motion for Summary Judgment and Supplemental Argument (Dkt. No. 132)
2. Plaintiffs' Motion to File Supplemental Declaration of Gretchen Graham Salazar re Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Supplemental Declaration (Dkt. No. 133)

and all attached declarations and exhibits, makes the following ruling:

IT IS ORDERED that the motions are STRICKEN.

On June 2, 2010, the Court heard two hours of oral argument on three summary judgment motions pending in this matter. Oral rulings denying two of the motions were issued from the bench; ruling was reserved on the third (Defendant's Motion for Summary Judgment (Dkt. No. 89)) with the representation that a written ruling would issue within a week.

Plaintiffs have now filed motions seeking to interpose additional argument and submit further evidence on their behalf regarding that pending motion. Argument has concluded and the record is now set for these motions. The Court does not consider it prudent or equitable to permit additional

**ORDER ON SUPP MTNS - 1**

1 briefing or evidence following oral argument unless such has been invited from the bench.  The

2 parties will receive their ruling within a week.

4       The clerk is ordered to provide copies of this order to all counsel.

5 Dated: June 4, 2010

                          /s/ Marsha J. Pechman

Marsha J. Pechman
U.S. District Judge

**ORDER ON
SUPP MTNS - 2**